**LACHTMANCOHEN** P.C.  

245 Main Street, Suite 230
White Plains, New York 10601
(914) 505-6654

www.lcpclaw.com

GREGORY A. BLUE
Admitted in NY, NJ, CA
gblue@lcpclaw.com

November 20, 2019

**VIA ECF**
Hon. Kenneth M. Karas, U.S.D.J.
United States District Court
300 Quarropas Street
White Plains, NY 10601-4150

Re:   *Ocampo, et al. v. 455 Hospitality LLC, et al.*, Case No. 7:14-CV-09614-KMK (SDNY)

Dear Judge Karas:

This firm represents Browne & Appel, LLC and Alexander Sirotkin. Yesterday, November 19, 2019, Your Honor granted our request for a pre-motion conference with respect to our clients' anticipated Rule 12(b)(6) motion to dismiss Plaintiffs' claims against Browne & Appel and Mr. Sirotkin to the extent that those claims are barred by the applicable statute of limitations. The pre-motion conference is scheduled for December 3, 2019, at 3:00 p.m.

Both Brian Cohen and I will be actually engaged in a long-scheduled arbitration hearing beginning on December 2 and expected to last at least the entire week. We therefore respectfully request an adjournment of the pre-motion conference. There have been no previous requests for an adjournment of the pre-motion conference. Counsel for all parties consent to the adjournment. Counsel for parties who intend to participate in the conference, including our firm and counsel for Plaintiffs, are available on December 16, 2019, if that date is convenient for the Court.

Respectfully submitted,

LACHTMAN COHEN P.C.

Gregory A. Blue

*The conference is adjourned to 1/15/20, at 11:30*
*So Ordered.*
*[signature] 11/20/19*

cc: All Counsel of Record (By ECF)