# SMITH, BUSS & JACOBS, LLP

Attorneys at Law
733 YONKERS AVENUE
YONKERS, NEW YORK 10704
(914) 476-0600
Fax (914) 476-0614
www.sbjlaw.com

JEFFREY D. BUSS
KENNETH R. JACOBS
JACK J. MALLEY
ANTHONY T. SIMARI
THOMAS W. SMITH
DOMENICK J. TAMMARO
-------------
BRIAN D. CROSBY
RYAN P. HOUCK
RYAN P. KAUPELIS
EMANUELA LUPU
PETER A. NENADICH, JR.
MATTHEW J. SMITH

60 EAST 42ND STREET, SUITE 4600
NEW YORK, NEW YORK 10165
(212) 688-2400
Fax (212) 688-3058

OF COUNSEL:
GERALD KAHN
MICHAEL MAURO
DAVID A. MENKEN
ROBERT W. WOLPER

June 19, 2020

Hon. Paul E. Davison, U.S.M.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re:   Case No. 14-CV-9614 (KMK)
      Ocampo, et al. v. 455 Hospitality LLC, et al

Dear Judge Davison:

     This office, along with Vincent Volino PLLC, represent Plaintiffs in the above-entitled action. We write to advise the Court that this morning Plaintiffs reached a settlement in principle on their claims against all the Defendants, with the exception of Alexander Sirotkin and Browne & Appel, LLC. Counsel for the settling parties will be reaching out to their clients over the weekend regarding the settlement and then move forward with the drafting of a formal settlement agreement. In light of this development, the settlement conference scheduled this afternoon will not be needed. Thank you for your efforts in getting us to this point.

Respectfully Submitted,

*/JJM/ Jack Malley*

Jack Malley

cc:   Counsel of Record (via ECF)