UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS OCAMPO, et al., | |
| Plaintiffs, | No. 14-CV-9614 (KMK) |
| v. | ORDER |
| 455 HOSPITALITY, et al., | |
| Defendants. | |

KENNETH M. KARAS, United States District Judge:

On July 16, 2020, Yankwitt LLP ("YLLP"), counsel for Defendants Teddy Lichtschein and Eliezer Scheiner (together, the "Clients"), filed a Motion To Withdraw as Counsel (the "Motion"). (Not. of Mot.; YLLP's Mem. of Law in Supp. of Mot. ("YLLP Mem."); Decl. of Michael H. Reed, Esq. in Supp. of Mot. ("Reed Decl.") (Dkt. Nos. 400–02).) The Motion is unopposed by Plaintiffs and the Clients. (YLLP Mem. 3; Dkt. No. 404.) YLLP requests that the Court grant the Motion and "either stay this [A]ction for 60 days with respect to the Clients and the other [D]efendants participating in the settlement, or, alternatively, provide the [P]arties with 60 days to finalize settlement documents." (YLLP Mem. at 4.)

Having determined that withdrawal is proper, it is hereby

ORDERED that YLLP is permitted to withdraw as counsel for Defendants Teddy Lichtschein and Eliezer Scheiner;

ORDERED that Yankwitt LLP is hereby relieved of any further obligations in this Action;

ORDERED that this matter will be stayed for 30 days with respect to Teddy Lichtschein, Eliezer Schiener, and other Defendants who have reached a settlement in principle with Plaintiffs; and

ORDERED that at the end of the 30-day period, the Parties will submit proposed settlement documents to the Court.

SO ORDERED.

DATED:   August 10, 2020
         White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE