
Case 7:14-cv-09614-KMK-PED   Document 417   Filed 10/07/20   Page 1 of 2

Case 7:14-cv-09614-KMK-PED   Document 416   Filed 10/06/20   Page 1 of 2

# JacksonLewis

MEMO ENDORSED

Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains NY 10601
(914) 872-8060 Main
(914) 946-1216 Fax
jacksonlewis.com

Via ECF

October 6, 2020

Honorable Kenneth M. Karas
United States District Court
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re: Carlos Ocampo et al. v. 455 Hospitality LLC et al.,
    Case No. 14 CV 9614 (KMK)(PED)

Dear Judge Karas:

On behalf of Plaintiffs and the settling Defendants (the "Settling Parties"), the Settling Parties write jointly to request an additional 30-day extension of time, until November 9, 2020, for Plaintiffs to submit settlement documents to the Court. The present deadline to submit such documents is October 8, 2020. This is the Settling Parties' second request for an extension of time, the first having been granted by the Court on September 9, 2020. See Dkt. No. 409.

The Settling Parties are in the process of discussing several issues identified in the initial draft of the settlement documents prepared by Plaintiffs. In addition, Plaintiffs have identified certain documents that will allow them to more accurately calculate the allocation of the settlement amount, which the Settling Defendants have agreed to provide. The Settling Parties are confident that an additional 30-day extension will be sufficient to enable them to resolve the outstanding issues.

As such, the Settling Parties jointly and respectfully request that the Court grant an additional extension of the deadline to submit settlement documents from October 8, 2020 until November 9, 2020.

# JacksonLewis

Thank you for the Court's consideration of the instant request.

Respectfully submitted,

Granted.

So Ordered.

10/6/20

_____
Jonathan M. Kozak, Esq.
Brian A. Bodansky, Esq.
(914) 872-6882 Direct
Brian.Bodansky@jacksonlewis.com
Jackson Lewis P.C

BAB/nps

*Attorneys for Defendants 455 Hospitality LLC,
Richard Friedman, David Ribbens, Norma Abdou,
Nurul Haque, Doreen Clarke and Efraim Elchonen*

cc:   Counsel for the Parties (via ECF)