# Smith Buss & Jacobs LLP

733 YONKERS AVENUE, SUITE 200, YONKERS, NY 10704  T 914 476 0600

Jack J. Malley
*Partner*
T 914 476 0600
jmalley@sbjlaw.com

November 6, 2020

**VIA ECF**
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: Carlos Ocampo et al. v. 455 Hospitality LLC et al.,
Case No. 14 CV 9614 (KMK)(PED)

Dear Judge Karas:

This firm, along with Vincent Volino PLLC, represent the plaintiffs in the above-referenced action. We write this letter jointly with counsel for the settling defendants seeking an extension of the time to submit proposed settlement documents to Your Honor. The settling parties are continuing to cooperate to get to the point at which we can submit the documents to the Court. Several significant issues concerning the documents have been resolved among counsel after extensive discussions. In addition, defendants have agreed to provide summary payroll documents to plaintiffs, to the extent such documents exist and can be located, which will allow plaintiffs to more accurately and efficiently calculate fair allocations. As such, the settling parties hereby request that the deadline for submission of proposed settlement documents be extended for 30 days to, and including, December 9, 2020 to allow time for the settling parties and their counsel to finalize the documents.

| Very truly yours, | Very truly yours, | Very truly yours, | Very truly yours, |
|---|---|---|---|
| /s/ Jack Malley | /s/ David E. Strand | /s/ Jonathan M. Kozak | /s/ Jonathan D. Levitan |
| Jack Malley, Esq. Smith, Buss & Jacobs, LLP | David E. Strand, Esq. Fisher & Phillips LLP | Jonathan M. Kozak, Esq. Jackson Lewis P.C. | Jonathan D. Levitan, Esq. The Law Office of Jonathan D. Levitan, LLC |

Granted.
So Ordered
11/9/20

cc: Counsel of Record (VIA ECF)