# JacksonLewis

## MEMO ENDORSED

Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains NY 10601
(914) 872-8060 Main
(914) 946-1216 Fax
jacksonlewis.com

May 24, 2021

**VIA ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
 Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re:   Carlos Ocampo, et al. v. 455 Hospitality LLC et al.**
**Case No.:  14-CV-9614(KMK)(PED)**

Dear Judge Karas:

The undersigned represents Defendants 455 Hospitality LLC ("455"), Richard Friedman, David Ribbens, Norma Abdou, Nurul Haque, Doreen Clarke, and Efraim Elchonen in the above-referenced matter. I write jointly with counsels for Plaintiffs, counsel for Accord Human Resources 14, Inc. and Trinet HR III, Inc., counsel for Doubletree Franchise LLC and Doubletree Hotel Systems, Inc., counsel for Jordan LLC, and counsel for Teddy Lichtschein and Eliezer Scheiner (together with 455, "the Settling Parties").

The Settling Parties previously jointly informed the Court that because a Receiver is appointed to oversee 455, the approval of the Receiver was required for 455 to agree to the settlement. Today, the Receiver proposed revisions to the settlement agreement which he advised would enable the Receiver to approve the agreement on behalf of 455. Those proposed revisions have been forwarded to the other Settling Parties for review.

To provide the Settling Parties time to review and approve the Receiver's proposed revisions, the Settling Parties jointly and respectfully request to further extend the deadline for the submission of the proposed settlement agreement with Plaintiffs' motion for preliminary approval of same from May 24, 2021 until June 1, 2021.

Respectfully submitted,

*/s/ Jonathan M. Kozak*

Jonathan M. Kozak
914-872-6885
jonathan.kozak@jacksonlewis.com
Jackson Lewis P.C.

Granted.

So Ordered.

*/s/ Kenneth M. Karas*

5/24/21

cc:   Counsel of Record *(via ECF)*