UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
CARLOS OCAMPO, IGOR MOROZOV, JORGE            Case No. 7:14-cv-09614-KMK
VILLANUEVA, AMAURY ORTIZ, PLINIO RETANA,
MANUEL CALDERON, SUTEE MONCHAITANAPAT,
DOUGLAS MOLINA, NELSON DE LA ROSA, FELIPE
BARRIGA, SONIA GONZALEZ, ALBERTO GONZALES,     NOTICE OF MOTION
PANFILO ESCOBAR, EDWARD SURIEL, ALEJANDRO
GONZALEZ, FRANCISCO SOLIS, CANDIDO SANCHEZ,
PESTELA PENALO DIAZ, LUCIA ROJAS-ESCOLASTICO,
JENNYS MOYA, CLARISA ROJAS-DE LA ROSA,
HILARIO KU, and MARIA LAMOTH, on behalf of
themselves and all others similarly situated,

                               Plaintiffs,

      -against-

455 HOSPITALITY LLC, DOUBLETREE FRANCHISE LLC,
DOUBLETREE HOTEL SYSTEMS, INC., RICHARD
FRIEDMAN, DAVID RIBBENS, NORMA ABDOU,
NURUL HAQUE, DOREEN CLARKE, ACCORD
HUMAN RESOURCES 14, INC. a/k/a ACCORD HUMAN
RESOURCES OF NEW YORK, INC., TRINET HR III, INC.
a/k/a TRINET HR CORPORATION, TEDDY LICHTSCHEIN,
ELIEZER SCHEINER, ALEXANDER SIROTKIN, EFRAIM
ELCHONEN, JORDAN LLC and BROWNE & APPEL, LLC,

                               Defendants.
-------------------------------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the accompanying Declaration of John J. Malley and the exhibits thereto, the Memorandum of Law submitted herewith, and upon all of the pleadings and proceedings heretofore had herein, Plaintiffs respectfully submit this motion for an Order (a) preliminarily approving the Class Settlement Agreement and Release ("Agreement") agreed to by Plaintiffs and Defendants 455 Hospitality LLC, Doubletree Franchise LLC (Hilton Franchise Holding LLC (as successor-in-interest to Doubletree Franchise, LLC)), Doubletree Hotel Systems, Inc., Richard Friedman, David Ribbens, Norma Abdou, Nurul Haque, Doreen Clarke, Accord Human Resources 14, Inc. a/k/a Accord Human Resources of New York, Inc. TriNet HR III, Inc.

a/k/a TriNet HR Corporation, Jordan LLC, Teddy Lichtschein, Eliezer Scheiner and Efraim Elchonen, (b) approving the Notice and Claim Form to be sent to Class Members, (c) certifying the Class Members as a class solely for purposes of effectuating the terms of this Agreement; (d) appointing Smith, Buss & Jacobs, LLP and Vincent Volino, PLLC as Class Counsel; (e) appointing Robert N. Lang, C.P.A. as Claims Administrator selected by the Plaintiffs, (f) setting dates to effectuate the terms of this Agreement, including the date of the Fairness Hearing, and (g) granting such other and further relief as the Court deems just and proper.

Dated: Yonkers, New York
      June 8, 2021

Respectfully submitted,

*/s/ John J. Malley*
John J. Malley (JM3900)
Smith Buss & Jacobs, LLP
733 Yonkers Ave., Suite 200
Yonkers, New York 10601
(914) 476-0600

-and-

Vincent Volino, Esq. (VV-1101)
Vincent Volino PLLC
1250 Central Park Avenue
Yonkers, New York 10704
(914) 423-2023

*Attorneys for Plaintiffs*