**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
CARLOS OCAMPO, et al.,

                    Plaintiffs,                    14 **CIVIL** 9614 (KMK)

      -against-                             <u>**JUDGMENT**</u>

455 HOSPITALITY LLC, et al.,

                    Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 20, 2021, Defendants' Motion for Summary Judgment is granted; judgment is entered for Alexander Sirotkin and Brown & Appel, LLC.

**Dated:**  New York, New York
          September 21, 2021

                                                            **RUBY J. KRAJICK**
                                                                **Clerk of Court**
                             **BY:**
                                                                **Deputy Clerk**