# Smith Buss & Jacobs LLP

733 YONKERS AVENUE, SUITE 200, YONKERS, NY 10704  T 914 476 0600

Jack J. Malley
*Partner*
T 914 476 0600
jmalley@sbjlaw.com

June 15, 2023

VIA ECF
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: Carlos Ocampo et al. v. 455 Hospitality LLC et al.
Case No. 14 CV 9614 (KMK)(PED)

Dear Judge Karas:

This firm, along with Vincent Volino PLLC, represent plaintiffs in the above-referenced action.

Plaintiffs have no objection to the adjournment of the June 22, 2023 pre-motion conference requested by counsel for Alexander Sirotkin and Brown & Appel, LLC. We are available for the conference on July 6, 7, 10, 11 and 12 (afternoon only).

Very truly yours,

/s/ *John J. Malley*
John J. Malley

cc: Counsel of Record (Via ECF)

---

Granted. The Court will hold a conference on July 6, 2023 at 11:30 via telephone

SO ORDERED
KMK
6/16/2023