# Smith Buss & Jacobs LLP

733 YONKERS AVENUE, SUITE 200, YONKERS, NY 10704  T 914 476 0600

MEMO ENDORSED

Jack J. Malley
*Partner*
T 914 476 0600
jmalley@sbjlaw.com

June 29, 2023

VIA ECF
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

              Re:    Carlos Ocampo et al. v. 455 Hospitality LLC et al.
                    Case No. 14 CV 9614 (KMK)(PED)

Dear Judge Karas:

      This firm, along with Vincent Volino PLLC, represent Plaintiffs in the above-referenced action.

      We write to respectfully request a 31-day adjournment of the July 6, 2023 appearance before Your Honor concerning the pre-motion letter submitted by former defendants Alexander Sirotkin and Browne & Appel, LLC (collectively, "Sirotkin Parties") on June 8, 2023 (Dkt 501) and the pre-motion letter submitted by Plaintiffs on June 14, 2023 (Dkt 503) both of which concern a potential application for a sanctions order.

      The current parties to the case seek time to discuss a potential amendment to terms in the settlement agreement that has been submitted to the Court for approval, including the potential removal of the provisions that the Sirotkin Parties objected to in their June 8 letter. If the Court were to grant the adjournment, the parties respectfully request that the Court not issue a decision on the pending settlement motion until after the parties report back to the Court on or before August 7, 2023.

      All the current parties to the case have consented to the application or advised that they don't object to it. Counsel for the Sirotkin Parties has also advised that he does not object to the application.

      Thank you for your time and consideration.

Granted. The conference is adjourned to 9/21/23, at 12:00

So Ordered.
[signature]
7/5/23

Very truly yours,

*/s/ John J. Malley*
John J. Malley

cc: Counsel of Record (Via ECF)