UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OCAMPO, *et al*,

                            Plaintiffs,

      v.

455 HOSPITALITY LLC, *et al.*,

                            Defendants.

No. 14-CV-9614 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    The conference scheduled in this case for 9/21/2023 is adjourned.

SO ORDERED.

DATED:    September 20, 2023
               White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE