# Smith Buss & Jacobs LLP

733 YONKERS AVENUE, SUITE 200, YONKERS, NY 10704 T 914 476 0600

Jack J. Malley
*Partner*
T 914 476 0600
jmalley@sbjlaw.com

September 22, 2023

VIA ECF
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: Carlos Ocampo et al. v. 455 Hospitality LLC et al.
Case No. 14 CV 9614 (KMK)(PED)

Dear Judge Karas:

This firm, along with Vincent Volino PLLC, represent Plaintiffs in the above-referenced action.

As referenced in our letter filed on June 30, 2023 (Dkt 509), the current parties have been discussing a potential amendment to terms in the settlement agreement that was submitted to the Court for approval. (Dkt 491). We believe that the parties would benefit from a settlement conference with a Magistrate Judge. As such, we respectfully request that the matter be referred to Magistrate Judge Vickie Reznick so that she can conduct a settlement conference, and hopefully help us reach a resolution. Given the current status of the case, we also respectfully request that the Court hold the motion for settlement approval in abeyance until after the parties conclude negotiations to be monitored by Magistrate Judge Resnick and that the Court adjourn the September 25, 2023 deadline for Plaintiffs to submit papers addressing the application of Cheeks to the parties' proposed settlement to a date after such negotiations are concluded. All current parties have agreed to participate in the settlement conference.

Thank you for your time and consideration.

Both requests are granted.

So Ordered.
9/22/23

Very truly yours,

*/s/ John J. Malley*
John J. Malley

cc: Counsel of Record (Via ECF)